NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SINCE HARDWARE (GUANGZHOU) CO. LTD., FOSHAN SHUNDE YONGJIAN HOUSEWARE AND HARDWARE CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**HOME PRODUCTS INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-1402, 2015-1435

---

Appeals from the United States Court of International Trade in Nos. 1:11-cv-00106-LMG, 1:11-cv-00108-LMG, 1:11-cv-00118-LMG, Judge Leo M. Gordon.

---

## JUDGMENT

---

WILLIAM PERRY, Dorsey & Whitney LLP, Seattle, WA, argued for plaintiff-appellant Since Hardware (Guangzhou) Co. Ltd. Also represented by EMILY LAWSON.

GREGORY S. MENEGAZ, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiff-appellant Foshan Shunde Yongjian Houseware and Hardware Co., Ltd. Also represented by JAMES KEVIN HORGAN, JOHN J. KENKEL, ALEXANDRA H. SALZMAN.

FREDERICK LYLE IKENSON, Blank Rome LLP, Washington, DC, argued for plaintiff-appellee. Also represented by KIERSTAN LEE CARLSON, LARRY HAMPEL, VICTORIA ORTEGA.

MICHAEL D. SNYDER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY, MICHAEL D. SNYDER; AMANDA T. LEE, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 8, 2016          /s/ Daniel E. O'Toole
        Date               Daniel E. O'Toole
                           Clerk of Court